NOT FOR PUBLICATION IN WEST'S HAWAI'I REPORTS AND PACIFIC REPORTER

**Electronically Filed**
**Intermediate Court of Appeals**
**CAAP-14-0001342**
**15-MAY-2015**
**09:07 AM**

NO. CAAP-14-0001342

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAI'I

ONEWEST BANK, FSB, Plaintiff-Appellee,
v.
RANDOLPH GOODWIN CURRIER, Defendant-Appellant,
and
UWE SCHULTZ; STATE OF HAWAI'I DEPARTMENT OF TAXATION,
Defendants-Appellees,
and
JOHN DOES 1-50; JANE DOES 1-50; DOE PARTNERSHIPS 1-50;
DOE CORPORATION 1-50 and DOE ENTITIES 1-50, Defendants

APPEAL FROM THE CIRCUIT COURT OF THE SECOND CIRCUIT
(CIVIL NO. 11-1-0315(2))

ORDER APPROVING THE MAY 8, 2015
STIPULATION FOR VOLUNTARY DISMISSAL OF APPEAL
(By: Foley, Presiding Judge, Fujise and Leonard, JJ.)

Upon consideration of the Stipulation for Voluntary Dismissal of Appeal, filed May 8, 2015, by Plaintiff-Appellee Onewest Bank, the papers in support, and the record, it appears that (1) the stipulation is dated and signed by counsel for all parties appearing in the appeal; (2) the parties seek to dismiss the appeal, pursuant to Hawai'i Rules of Appellate Procedure Rule 42(b); (3) the appeal was docketed February 3, 2015; and (4) the parties agree to bear their own costs and attorneys' fees.

Therefore, IT IS HEREBY ORDERED that the stipulation to dismiss the appeal is approved and the appeal is dismissed. The parties shall bear their own costs and attorneys' fees.

DATED: Honolulu, Hawaiʻi, May 15, 2015.

Presiding Judge

Associate Judge

Associate Judge

-2-